**James W. HOCKADAY, Plaintiff—Appellant,**

v.

**Les BROWNLEE, Acting Secretary of the Army, Department of the Army; Joseph P. Hill; Nelson A. Cross; John V. Guenther, Lieutenant Colonel; Edward D. Miller, Jr., Commander, Fort Monroe, Defendants—Appellees.**

No. 04–2193.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 1, 2005.

James W. Hockaday, Appellant pro se.

George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James W. Hockaday appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hockaday v. Brownlee,* No. CA–03–149–4 (E.D.Va. July 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*